# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 15, 2014

### NO. 03-14-00109-CV

**George Alejos, Appellant**

**v.**

**The State of Texas and VIA Metropolitan Transit Advanced Transportation District, Appellees**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on January 28, 2014. For the reasons explained in our Opinion of April 2, 2014 and Supplemental Opinion of this day, the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.